UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MICHAELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV1360 RWS |
| ) | |
| WELLS FARGO ADVISORS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion to appoint counsel. The motion will be denied without prejudice at this time because plaintiff informed me at today's scheduling conference that she is consulting with an attorney who may enter his appearance on her behalf. I assured plaintiff that this attorney may apply for pro hac vice status and request an extension of the case management order deadlines should he decide to represent plaintiff in this action. If this attorney does not enter an appearance on plaintiff's behalf, plaintiff may file a second motion for appointment of counsel and the Court will consider it at that time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [#4] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  26th   day of October, 2012.