UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA MICHAELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV1360 RWS |
| | ) | |
| WELLS FARGO ADVISORS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Yesterday I granted plaintiff's motion to amend her complaint. This motion was made within the time period permitted by the case management order. Today, defendant asks me to reconsider that Order, complaining that it wanted to oppose amendment. The motion to reconsider will be denied. The issues defendant wants to raise in opposition to amendment are more properly raised in a motion to dismiss or summary judgment, rather than by arguing that amendment should be denied as futile.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for reconsideration [#39] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  7th   day of May, 2013.